LOUIS SINGER et al., Plaintiffs, *v.* MOUNT CARMEL CEM-
ETERY ASSOCIATION, Respondent.

HANNAH SULLIVAN, as Receiver of the Estate of TIMOTHY
D. SULLIVAN, Deceased, Appellant, *v.* MOUNT CARMEL
CEMETERY ASSOCIATION, Respondent.

ARTHUR R. PERLS, Plaintiff, *v.* MOUNT CARMEL CEMETERY
ASSOCIATION, Respondent.

*Practice — consolidation of actions.*

*Singer* v. *Mount Carmel Cemetery Assn.*, 217 App. Div. 780, affirmed.
(Argued January 11, 1927; decided February 23, 1927.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the second judicial
department, entered June 25, 1926, which affirmed an
order of Special Term granting a motion for consolidation
of the above-entitled actions.

The following questions were certified:

" 1. Does the order of affirmance present error of law?

" 2. Is the consolidation of the above-entitled actions
an abuse of discretion so far as concerns the appellant
Hannah Sullivan, as receiver? "

*Abraham Benedict, Gustavus A. Rogers* and *Edith H.
Kunen* for appellant.

*Clinton T. Roe* and *Charles P. Kramer* for respondent.

Order affirmed, with costs; questions certified answered
in the negative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS
and LEHMAN, JJ. Absent: KELLOGG, J.